

United States District Court
Southern District of Texas

**ENTERED**
July 16, 2025
Nathan Ochsner, Clerk

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ERIC LYNDELL MOORE, | § | |
|     Plaintiff, | § | |
| | § | **Civil Action No.** |
| v. | § | **4:25-CV-2752-AM** |
| | § | |
| JACKSON WALKER LLP, *et al.,* | § | |
|     Defendants. | § | |

### <u>ORDER</u>

Before the Court is Defendant Jackson Walker LLP's Motion to Extend the Answer Date, which it brings pursuant to Federal Rule of Civil Procedure 6(b). (ECF No. 16.) Specifically, Jackson Walker asks the Court to extend the deadline of August 14, 2025, to September 30, 2025. The Plaintiff does not oppose the extension. Upon reviewing the Motion, and considering the agreement of the parties, the Court will grant an extension.

The Motion to Extend the Answer Date [ECF No. 16] is **GRANTED. IT IS ORDERED** that the deadline for Jackson Walker to file a response to the Complaint is now September 30, 2025.

SIGNED and ENTERED on this 15th day of July 2025.

ALIA MOSES
Chief United States District Judge


FILED

JUL 15 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK