FILED
August 06, 2025
United States District Court
Southern District of Texas
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____
            JM, Deputy Clerk

ENTERED
August 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC LYNDELL MOORE,<br>　　　　Plaintiff,<br><br>v.<br><br>JACKSON WALKER LLP, COPPER PROPERTY CTL PASS THROUGH TRUST, PENNEY INTERMEDIATE HOLDINGS LLC, H/2 CAPITAL PARTNERS LLC, BRIGADE CAPITAL MANAGEMENT, LP, SILVER POINT CAPITAL, L.P., and OWL CREEK ASSET MANAGEMENT, L.P.,<br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:25-CV-2752 |

**ORDER**

　　Before the Court are Motions for Admission Pro Hac Vice of attorneys Gregory F. Laufer and Vida J. Robinson, who seek to enter this action on behalf of Penney Intermediate Holdings LLC. (ECF Nos. 25, 26.)  Because Mr. Laufer and Ms. Robinson are in good standing with the Bar of the State of New York and have paid the requisite filing fee, these Motions are hereby **GRANTED**.  (ECF Nos. 25, 26.)

　　It is **ORDERED** that Mr. Laufer and Ms. Robinson be permitted to appear before this Court *pro hac vice* for proceedings in this matter only.  While representing their client in this case, the attorneys shall abide by all Local Rules for the United States District Court for the Southern District of Texas and shall be bound by said rules.

SIGNED and ENTERED on this 6th day of August 2025.

_____
ALIA MOSES
Chief United States District Judge