Case 4:25-cv-02752   Document 47   Filed on 09/04/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIC LYNDELL MOORE, <br> Plaintiff, <br><br> v. <br><br> JACKSON WALKER LLP, COPPER PROPERTY CTL PASS THROUGH TRUST, PENNEY INTERMEDIATE HOLDINGS LLC, H/2 CAPITAL PARTNERS LLC, BRIGADE CAPITAL MANAGEMENT, L.P., SILVER POINT CAPITAL, L.P., OWL CREEK ASSET MANAGEMENT, L.P., and ONYX PARTNERS LLC, <br> Defendants. | § § § § § § § § § § § § § § § § § § Civil Action No. 4:25-CV-2752-AM |

## ORDER

Pending before the Court is the Plaintiff Eric Lyndell Moore's Motion to Dismiss Copper Property CTL Pass Through Trust ("Copper Trust") with prejudice [ECF No. 44] and Defendants', Copper Trust, Brigade Capital Management, L.P., H/2 Capital Partners LLC, Owl Creek Asset Management, L.P., and Silver Point Capital, L.P., omnibus response requesting that Copper Trust be dismissed from the suit with prejudice. [ECF No. 43]. In these motions the parties' agreement is clear—Copper Trust should be dismissed with prejudice.[1] Rule 41 of the Federal Rules of Civil Procedure, allows this Court to dismiss an action at the Plaintiff's request. *See* Fed. R. Civ. P. 41(a)(2). The Court will do so here.

---

[1] The Plaintiff notes that his request for dismissal is "under duress" and asks this Court to take judicial notice of "the combination of jurisdictional defects, due process violations, fabricated procedural record, and the duress imposed by the threat of contempt." (ECF No. 44 at 7.) The Court sees no evidence substantiating the Plaintiff's claims of duress and declines to cosign these claims via judicial notice or any other process.

2

Accordingly, it is **ORDRED** that the Plaintiff's action in this case against Copper Property CTL Pass Through Trust be **DISMISSED WITH PREJUDICE**.

SIGNED and ENTERED on this 4th day of September 2025.

_____
ALIA MOSES
Chief United States District Judge