# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**Eric Lyndell Moore**,

      Plaintiff,

  v.

**Jackson Walker LLP, et al**,

      Defendants.

**CIVIL ACTION
NO.: 4:25-CV-02752**

## DIAZ, REUS & TARG, LLP'S MOTION TO WITHDRAW
## AS COUNSEL FOR
## INTERVENOR BARNETT CAPITAL ADVISORS LLC

Pursuant to Civil Local Rule 83.2 of the Southern District of Texas, Gregory Ahlgren, Esq., Diaz, Reus & Targ, LLP and its affiliated attorneys (collectively, "DRT") hereby move for leave to withdraw as counsel for Barnett Capital Advisors, LLC ("BCA"). In support, DRT states:

1.    This Motion is not being filed to hinder or delay this matter or to prejudice any party, and there are no pending deadlines in the instant civil action.

2.    The Civil Local Rules for the Southern District of Texas provide, that "[a]lthough no delay will be countenanced because of a change in counsel, withdrawal of counsel-in-charge may be effected by motion and order, under conditions imposed by the Court." <u>S.D. Tex. L.R.</u> 83.2.

3. As of last night, BCA has submitted a written notice of termination of representation to DRT, and has instructed DRT to withdraw immediately.

4. Under Texas law, "[a] client has the power to discharge a lawyer at any time, with or without cause." **Tex. Disc. R. Prof. Conduct 1.16**, commentary 4.

5. Insofar as BCA has instructed DRT to immediately withdraw from this engagement, the relief requested herein is essentially unopposed, and BCA is within its rights under Texas law to make such a request.

6. Furthermore, irreconcilable differences have arisen between BCA and DRT such that DRT is no longer able to effectively represent BCA.

7. Due to the irreconcilable differences and BCA's specific termination notice with instructions to pursue immediate withdrawal, good cause exists for counsel's withdrawal.

8. Additionally, the following parties to this litigation have expressly confirmed to the undersigned counsel their explicit non-opposition to this request for withdrawal:

- Eric Lyndell Moore, Plaintiff;

- Michael Wachs, Intervenor; and

- Penney Intermediate Holdings LLC, Defendant.

9. The last known contact information for BCA is as follows:

> Barnett Capital Advisors, LLC
> Attn: Andrew Carrillo, CEO
> 444 Brickell Ave., Suite 820
> Miami, FL 33131
>
> Phone: 305-328-8538
> Toll Free: 866-305-7512
> Fax: 954-206-0067

Email: Andrew.Carrillo@BarnettCapitalAdvisors.com

10.     A copy of the instant Motion is being served on BCA as set forth in the Certificate of Service below.

11.     Neither the Court nor the Parties should be prejudiced by the termination of representation per the explicit instructions of BCA, particularly in view of the fact that there are no pending deadlines in this case.[1]

WHEREFORE, Diaz Reus & Targ, LLP respectfully requests that this Court enter an order granting this Motion and relieving Diaz, Reus & Targ, LLP and its attorney Gregory Ahlgren of any further responsibility in this matter.

Dated:  November 19, 2025

Respectfully submitted,

Gregory Ahlgren
Diaz, Reus & Targ LLP
2800 Post Oak Blvd., Ste. 5600
Houston, TX 77056
Tel.: (305) 375-9220
E-mail: gahlgren@diazreus.com

By:  *Gregory Ahlgren*

GREGORY AHLGREN
STATE BAR OF TEXAS #00793031
S.D. TEX. #28318
Attorney-in-Charge for **Barnett Capital Advisors LLC**

---

[1] In the interest of full disclosure, it is noted that BCA is subject to an upcoming deadline regarding a response to Docket Entry 1767 in Case #20-20184 in the Bankruptcy Court for the Southern District of Texas.  Nevertheless, DRT does not represent BCA in that matter and has been explicitly instructed by BCA to not take any action on its behalf in that case before the Bankruptcy Court.

MOTION TO WITHDRAW

## Declaration

I, Gregory L. Ahlgren, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 19 November 2025.

By:        *Gregory Ahlgren*
_____
Gregory Ahlgren
State Bar of Texas #00793031
S.D. Tex. #28318

## Certificate of Service

I, Gregory L. Ahlgren, certify that a copy of this document will be served on counsel-of-record and registered parties through the CM/ECF system.  A copy will also be sent to *pro se* parties by electronic mail.  Additionally, a copy of this motion will be sent to Barnett Capital Advisors, LLC by delivery service and electronic mail.

By:  *Gregory Ahlgren*
_____
GREGORY AHLGREN
STATE BAR OF TEXAS #00793031
S.D. TEX. #28318

MOTION TO WITHDRAW