**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ERIC LYNDELL MOORE<br><br>Plaintiff,<br><br>v.<br><br>JACKSON WALKER LLP; PENNEY INTERMEDIATE HOLDINGS LLC; H/2 CAPITAL PARTNERS LLC; BRIGADE CAPITAL MANAGEMENT, LP; SILVER POINT CAPITAL, L.P.; OWL CREEK ASSET MANAGEMENT, L.P.,[1]<br><br>Defendants. | C.A. No. 4:25-cv-02752 |

**PLAINTIFF'S NOTICE OF ERRATA AND WITHDRAWAL OF CERTAIN CITATIONS FROM PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS (DKT. 75)**

Plaintiff Eric Lyndell Moore ("Plaintiff"), proceeding *pro se*, respectfully files this Notice of Errata and Withdrawal of Certain Citations identified in the Court's Order to Show Cause (Dkt. 94), and states as follows:

[1] Certain parties have not been named as defendants at this time as some may have already settled or are expected by Plaintiff Eric L. Moore to settle in the near future. This is not an exhaustive list of DIP Lenders who were overpaid or who misappropriated assets belonging to other J.C. Penney creditors.

## I. PURPOSE OF THIS NOTICE

1. On February 20, 2026, the Court entered an Order to Show Cause identifying several citations and quotations in Plaintiff's prior filings that the Court determined to be inaccurate, unsupported, or nonexistent.

2. Plaintiff responded to the Court's Order to Show Cause on March 2, 2026 (Dkt. 95), explaining the circumstances surrounding the citation issues and confirming that any disputed quotations or authorities would be withdrawn as appropriate.

3. Out of respect for the Court and in an effort to ensure the clarity and reliability of the record, Plaintiff now formally withdraws the authorities identified by the Court in Dkt. 94 so that they will not be relied upon in resolving any issues presently before the Court. This notice is submitted solely to correct the record and is not intended as additional briefing regarding the pending sanctions motion.

4. This notice is submitted to eliminate any potential confusion regarding those citations and to ensure that the Court may evaluate the issues presented based solely on verified authorities and the underlying documentary record.

## II. WITHDRAWAL OF CERTAIN CITATIONS

5. Plaintiff hereby withdraws the following authorities identified in the Court's Order to Show Cause (Dkt. 94 at 5–6) from consideration in this matter:

- *Ridder v. City of Springfield*, 109 F.3d 288, 293-94 (6th Cir. 1997)
- *In re Kunstler*, 914 F.2d 505 (4th Cir. 1990)
- *Marlin v. Moody Nat. Bank, N.A.*, 533 F.3d 374, 380 (5th Cir. 2008)
- *Wolgast v. Richards,* 463 B.R. 445, 456 (E.D. Mich. 2012)

- *Adamsen v. Dep't of Ag.*, 563 F.3d 1326, 1330 (Fed. Cir. 2009)
- *U.S. v. Textron Inc. & Subsidiaries*, 577 F.3d 21, 31 (1st Cir. 2009)
- *Orion Marine Constr. v. Carroll*, 918 F.3d 1323 (11th Cir. 2019)
- *Avdeef v. Royal Bank of Scotland*, P.L.C., 616 F. App'x 665 (5th Cir. 2015)
- *In re Marsch*, 36 F.3d 825 (9th Cir. 1994)
- *In re Brown,* 385 B.R. 373 (Bankr. M.D. Ga. 2008)
- *In re MPF Holding Corp.*, 2011 WL 1357048 (Bankr. S.D. Tex. 2011)
- *In re Woolsey*, 2014 WL 2006763 (Bankr. S.D. Tex. 2014)
- *In re Sanchez*, 2013 WL 8249982 (Bankr. S.D. Tex. 2013)

6. To the extent any quotations or arguments in prior filings relied on the above authorities, Plaintiff respectfully withdraws those references and requests that the Court disregard them in evaluating the issues presented.

7. Plaintiff understands that the above authorities appeared in his Response to Defendants' Motion for Sanctions (Dkt. 75) and related briefing; however, to the extent any of these authorities appear anywhere in the record, Plaintiff withdraws them in their entirety and requests that the Court give them no weight in resolving any pending or future motions.

## III. ACKNOWLEDGMENT AND COMMITMENT UNDER RULE 11

8. Plaintiff acknowledges his obligations under Federal Rule of Civil Procedure 11 to ensure that all cited authorities are accurately quoted, applicable, and properly verified before filing. Plaintiff regrets that certain authorities identified in the Court's Order to Show Cause were not adequately verified prior to filing and that, in some instances, authorities he intended to revise or remove during drafting were inadvertently left in the final version that was filed.

Plaintiff apologizes to the Court for submitting filings that contained inaccurate and/or unverified citations and recognizes that this imposed unnecessary burdens on the Court. Plaintiff commits that, going forward, he will personally verify the existence and accuracy of any legal authority before citing it in any filing.

## IV. CLARIFICATION REGARDING LEGAL AUTHORITIES

9. Plaintiff's withdrawal of the above citations is made solely to eliminate any dispute regarding the accuracy of particular quotations or authorities identified in the Court's Order to Show Cause.

10. Plaintiff respectfully submits that the claims asserted in the Second Amended Complaint (Dkt. 30), Motion for Summary Judgment (Dkt. 46), Motion for Accounting (Dkt. 85), and Motion for Judicial Notice (Dkt. 88) are grounded primarily in the factual record and the governing bankruptcy court orders referenced throughout the pleadings, and do not depend on the authorities withdrawn herein. The withdrawal of the authorities identified above does not alter the factual allegations, claims, or relief sought in this action. Rather, Plaintiff submits this notice so that the Court may evaluate the issues presented based on the existing documentary record and verified authorities, without reliance on the citations withdrawn herein.

11. Plaintiff provides this notice out of an abundance of caution to eliminate any potential dispute regarding the withdrawn citations and to ensure that the Court may evaluate the issues presented on a clear and reliable record.

## V. GOOD-FAITH CORRECTIVE ACTION

12. Plaintiff provides this notice promptly upon review of the Court's observations in the Order to Show Cause and in furtherance of maintaining an accurate and reliable record.

13. Plaintiff respectfully submits that the corrective measures described herein address the citation concerns identified by the Court and allow this case to proceed on the merits based on the documentary record.

14. If the Court determines that any additional citations or quotations in Plaintiff's filings require clarification or correction, Plaintiff respectfully requests leave to amend or supplement the relevant filing so that any such issues may be corrected and the case may proceed on the merits.

15. Plaintiff remains committed to independently verifying all authorities cited in future filings and to presenting issues to the Court based on the verified legal authorities and the documentary record underlying the Second Amended Complaint, Motion for Summary Judgment, Motion for Accounting, and Motion for Judicial Notice.

## VI. CONCLUSION

16. For the avoidance of doubt, Plaintiff hereby withdraws the authorities identified above from any consideration in this case and respectfully requests that the Court disregard them in resolving the issues before it.

17. Plaintiff respectfully submits this notice in good faith and with the intent of ensuring that the Court may evaluate the remaining issues presented in this action on a clear and reliable record.

Dated: March 10, 2026

Respectfully submitted,

ERIC L. MOORE
/s/ *Eric L. Moore*
202 Island Avenue
San Diego, CA 92101
Telephone: (336) 671-2193
Email: moorelyndell7@gmail.com
*Pro se*

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, I caused a copy of the foregoing document to be served by the Court's CM/ECF system for the United States District Court for the Southern District of Texas.

/s/ *Eric L. Moore*

Eric L. Moore
202 Island Avenue
San Diego, CA 92101
Telephone: (336) 671-2193
Email: moorelyndell7@gmail.com
*Pro se*